MARY J. DODIN, Plaintiff, *v.* ALEXANDER J. DODIN, Appellant, and JOSEPHINE DODIN, Respondent.

*Dodin* v. *Dodin*, 16 App. Div. 42, affirmed. ·
(Argued March 16, 1900; decided April 3, 1900.)

APPEAL from a final judgment of the Supreme Court, entered in the first judicial department after the entry of an order of the Appellate Division in the second department, made April 13, 1897, affirming an interlocutory judgment determining that the defendants were the only heirs at law of Mansuy P. Dodin, deceased, and as such are seized in fee in equal shares as tenants in common of the real property described in the complaint, subject to the plaintiff's right of dower therein, entered upon a decision of the court on trial at Special Term.

*George H. Yeaman* and *J. P. Albright* for appellant.

*William F. Clare* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, MARTIN and WERNER, JJ. Dissent: BARTLETT and VANN, JJ. Not sitting: CULLEN, J.

---

GEORGE S. CONANT, Appellant, *v.* GEORGE A. WRIGHT and EUGENE F. SEYMOUR et al., Executors of GEORGE DE V. SEYMOUR, Deceased, Respondents.

*Conant* v. *Wright*, 22 App. Div. 216. affirmed,
(Argued March 16, 1900; decided April 6, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 26, 1897, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Eustace Conway* and *Charles R. Westbrook* for appellant.

*R. E. Waterman* and *Eugene F. Seymour* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.